# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| STEVEN S. MELVIN and | § | Case Number: 13-81756 |
| JOSETTE R. MELVIN, | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __September 18__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jason Nielson
Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　　__/s/ Marti Maravich__

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

AAMS
Attn: Bankruptcy Dept.
4800 Mills Civic Pkwy
Ste 202
W Des Moines, IA 50265-5265

AFNI
Bankruptcy Department
1310 Martin Luther King Dr.
Bloomington, IL 61701-1465

ARM
Attn: Bankruptcy Dept.
PO BOX 129
Thorofare, NJ 08086-0129

AT T Uverse
C/O I C System INC
Po Box 64378
Saint Paul, MN 55164-0378

AT&T U-verse
Bankruptcy Department
PO Box 5013
Hayward, CA 94540-5013

Algonquin Road Surgery Center
Attn: Bankruptcy Dept.
2550 W. algonquin Road
Lake in the Hills, IL 60156-3503

Arnold Scott Harris, PC
Bankruptcy Department
222 Merchandise Mart, #1932
Chicago, IL 60654-1103

Capital One Auto Finance
Bankruptcy Department
3901 Dallas Parkway
Plano, TX 75093-7864

Centegra Clinical Laboratories
13707 W JAckson Street
Woodstock, IL 60098-3188

Centegra Clinical Labs
Attn: Bankruptcy Dept.
PO BOX 5598
Chicago, IL 60680-5598

Centegra Health Systems
13707 W. Jackson Street
Woodstock, IL 60098-3188

Centegra Health Systems
Attn: Bankruptcy Department
PO BOX 1447
Woodstock, IL 60098-1447

Centegra Memorial Medical Ctr
Attn: Bankruptcy Department
PO BOX 1447
Woodstock, IL 60098-1447

Centegra Physician Care
Attn: Bankruptcy Dept.
1307 W. Jackson Street
Woodstock, IL 60098

Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington, DE 19850-5298

MAIL BEING RETURNED Children S
C/O RJM ACQ LLC
575 Underhill Blvd Ste 2
Syosset, NY 11791-3426

Citizens Finance
Attn: Bankruptcy Dept.
60 W Terra Cotta
Crystal Lake, IL 60014-3548

City of Chicago Bureau Parking
Department of Revenue
PO Box 88292
Chicago, IL 60680-1292

Clark & McArdle
Attn: Bankruptcy Dept.
75 Crystal Lake Ave
Crystal Lake, IL 60014-6136

Comcast
C/O Credit Protection ASSO
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

Comcast Chicago Seconds - 1000
C/O Credit Management LP
4200 International Pkwy
Carrollton, TX 75007-1912

Credit Management, Inc.
Attn: Bankruptcy Department
4200 International Pkwy.
Carrollton, TX 75007-1912

Crystal Lake Orthopedic Surger
Attn: Bankruptcy Dept.
750 E Terra Cotta Ste C
Crystal Lake, IL 60014-3621

Family Dentistry of Woodstock
Attn: Bankruptcy Dept.
651 E Eastwood Dr.
Woodstock, IL 60098

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Franks, Gerkin & McKenna
19333 E. Grant Highway
PO Box 5
Marengo, IL 60152-0005

Fulbright & Associates
McHenry Case # 09SC3186
PO BOX 1510
Rockford, IL 61110-0010

MAIL BEING RETURNED GE Money
C/O Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Harris & Harris Ltd.
Bankruptcy Department
111 W Jackson Blvd Ste 400
Chicago, IL 60604-4135

Home State Bank
Attn: Bankruptcy Dept.
40 Grant St
Crystal Lake, IL 60014-4367

Honor Finance
Attn: Bankruptcy Dept.
1731 Central St
Evanston, IL 60201-1507

IL DEPT OF Human SVCS
C/O Harvard Collection
4839 N Elston Ave
Chicago, IL 60630-2534

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove, IL 60515-1703

MAIL BEING RETURNED Key Financial
Bankruptcy Department
4781 Hayes Road, Ste 201
Madison, WI 53704-7343

Linebarger Goggan Blair &
Sampson, LLP
PO Box 06152
Chicago, IL 60606-0152

Lou Harris & Co.
Attn: Bankruptcy Department
PO Box 701
Wheeling, IL 60090-0701

McHenry County Clerk
Doc # 09 SC 3186
2200 N. Seminary Ave.
Woodstock, IL 60098-2637

McHenry County Clerk
Doc #10lm946
2200 N. Seminary Ave.
Woodstock, IL 60098-2637

Medical Business Bureau
Bankruptcy Department
1175 Devin Dr. Ste 173
Muskegon, MI 49441-6079

Mnet Financial
Attn: Bankruptcy Dept.
95 Augsnaut Ste 250
Aliso Viejo, CA 92656

NCO FIN/99
Attn: Bankruptcy Dept.
Po Box 15636
Wilmington, DE 19850-5636

MAIL BEING RETURNED NCO Financial
Bankruptcy Department
507 Prudential Rd.
Horsham, PA 19044-2308

Nicor Gas
Bankruptcy Department
PO Box 549
Aurora, IL 60507-0549

MAIL BEING RETURNED North Star
Bankruptcy Department
220 John Glenn Drive #100
Amherst, NY 14228-2246

Specialty Medical Services
Bankruptcy Department
479 Business Ctr Dr Ste. 108
Mount Prospect, IL 60056-6037

MAIL BEING RETURNED Sprint
Bankruptcy Dept.
PO Box 8077
London, KY 40742-8077

Temperature Equipment Corp
Attn: Bankruptcy Dept.
1818 S. 18th Avenue
Rockford, IL 61104-7318

United Anesthesia Associates
Attn: Bankruptcy Dept.
PO BOX 631
Lake Forest, IL 60045-0631

Vicki Estle
c/o Child Support Enforcement
PO BOX 5556
Tallahassee, FL 32314-5556

West Asset Management
Bankruptcy Department
PO BOX 1022
Wixom, MI 48393-1022

Josette Robin Melvin
4330 E Lake Shore Dr
Wonder Lake, IL 60097-8395

Steven Scott Melvin
4330 E Lake Shore Dr
Wonder Lake, IL 60097-8395