# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MELVIN, STEVEN SCOTT  § Case No. 13-81756
     MELVIN, JOSETTE ROBIN  §
       §

Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,340.00 *(without deducting any secured claims)* | Assets Exempt: $9,900.00 |
| Total Distribution to Claimants: $1,957.55 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $38,790.56 | |

    3) Total gross receipts of $ 81,904.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 41,156.16 (see **Exhibit 2**), yielded net receipts of $40,748.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,790.56 | 38,790.56 | 38,790.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,957.55 | 1,957.55 | 1,957.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $40,748.11 | $40,748.11 | $40,748.11 |

4) This case was originally filed under Chapter 7 on May 13, 2013. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2017          By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical malptractice - mesh implantation | 1249-000 | 81,904.27 |
| **TOTAL GROSS RECEIPTS** | | **$81,904.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Josette Melvin | | 8100-002 | 19,000.00 |
| Josette R Melvin | Dividend paid 100.00% on $22,156.16; Claim# SURPLUS; Filed: $22,156.16; Reference: | 8200-002 | 22,156.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$41,156.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 4,824.81 | 4,824.81 | 4,824.81 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 170.11 | 170.11 | 170.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,428.00 | 1,428.00 | 1,428.00 |
| Other - Williams Kherkher Hart & Boundas LLP | 3210-600 | N/A | 23,940.00 | 23,940.00 | 23,940.00 |
| Other - Williams Kherkher Hart & Boundas LLP | 3220-610 | N/A | 1,483.53 | 1,483.53 | 1,483.53 |
| Other - Pulaski & Middleman LLC | 3210-600 | N/A | 6,840.00 | 6,840.00 | 6,840.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.11 | 104.11 | 104.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$38,790.56** | **$38,790.56** | **$38,790.56** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Home State Bank, N.A. | 7100-000 | N/A | 373.47 | 373.47 | 373.47 |
| 1I | Home State Bank, N.A. | 7990-000 | N/A | 1.78 | 1.78 | 1.78 |
| 2 | Nicor Gas | 7100-000 | N/A | 1,574.78 | 1,574.78 | 1,574.78 |
| 2I | Nicor Gas | 7990-000 | N/A | 7.52 | 7.52 | 7.52 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,957.55 | $1,957.55 | $1,957.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81756  
**Case Name:** MELVIN, STEVEN SCOTT  
MELVIN, JOSETTE ROBIN  
**Period Ending:** 12/19/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/13/13 (f)  
**§341(a) Meeting Date:** 06/17/13  
**Claims Bar Date:** 05/17/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TCF Bank checking account | 350.00 | 0.00 | | 0.00 | FA |
| 2 | State Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account with McHenry Savings Bank | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods; tv, vcr, stereo, couch, utensil | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Firearms | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Pension w/ Employer/Former Employer - 100% Exemp | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Stocks | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Honor Finance - 2001 Dodge Dakota | 2,659.00 | 0.00 | | 0.00 | FA |
| 13 | Citizen's -2004 Chrysler Town & County | 2,581.00 | 0.00 | | 0.00 | FA |
| 14 | Work Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 15 | Family Pets/Animals. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | A to Z Remodeling, debtor owns DBA. Debtor has d | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Medical malptractice - mesh implantation (u) | 0.00 | 50,000.00 | | 81,904.27 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$10,340.00** | **$50,000.00** | | **$81,904.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**    September 14, 2017 (Actual)

Printed: 12/19/2017 10:07 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 13-81756 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MELVIN, STEVEN SCOTT | **Bank Name:** Rabobank, N.A. |
| MELVIN, JOSETTE ROBIN | **Account:** ******0166 - Checking Account |
| **Taxpayer ID #:** **-***3969 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 12/19/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | {17} | Williams Kherkher Hart & Bounds | per motion to compromise | 1249-000 | 81,904.27 | | 81,904.27 |
| 08/21/17 | 101 | Williams Kherkher Hart & Boundas LLP | per order to compromise 08/18/2017 | 3210-600 | | 23,940.00 | 57,964.27 |
| 08/21/17 | 102 | Williams Kherkher Hart & Boundas LLP | per order to compromise 08/18/2017 | 3220-610 | | 1,483.53 | 56,480.74 |
| 08/21/17 | 103 | Pulaski & Middleman LLC | per order to compromise 08/18/2017 | 3210-600 | | 6,840.00 | 49,640.74 |
| 08/21/17 | 104 | Josette Melvin | | 8100-002 | | 19,000.00 | 30,640.74 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.11 | 30,536.63 |
| 10/16/17 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $170.11, Trustee Expenses;  Reference: | 2200-000 | | 170.11 | 30,366.52 |
| 10/16/17 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,824.81, Trustee Compensation;  Reference: | 2100-000 | | 4,824.81 | 25,541.71 |
| 10/16/17 | 107 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,428.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,428.00 | 24,113.71 |
| 10/16/17 | 108 | Josette R Melvin | Dividend paid 100.00% on $22,156.16; Claim# SURPLUS; Filed: $22,156.16; Reference: | 8200-002 | | 22,156.16 | 1,957.55 |
| 10/16/17 | 109 | Home State Bank, N.A. | Combined Check for Claims#1,1I | | | 375.25 | 1,582.30 |
| | | | Dividend paid 100.00%          373.47 on $373.47;  Claim# 1; Filed: $373.47 | 7100-000 | | | 1,582.30 |
| | | | Dividend paid 100.00%              1.78 on $1.78;  Claim# 1I; Filed: $1.78 | 7990-000 | | | 1,582.30 |
| 10/16/17 | 110 | Nicor Gas | Combined Check for Claims#2,2I | | | 1,582.30 | 0.00 |
| | | | Dividend paid 100.00%        1,574.78 on $1,574.78;  Claim# 2; Filed: $1,574.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%              7.52 on $7.52;  Claim# 2I; Filed: $7.52 | 7990-000 | | | 0.00 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 81,904.27 | 81,904.27 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 81,904.27 | 81,904.27 | |
| Less: Payments to Debtors | | 41,156.16 | |
| **NET Receipts / Disbursements** | **$81,904.27** | **$40,748.11** | |

{} Asset reference(s)                                                                                                                                    Printed: 12/19/2017 10:07 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-81756 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | MELVIN, STEVEN SCOTT | | **Bank Name:** | Rabobank, N.A. |
| | MELVIN, JOSETTE ROBIN | | **Account:** | ******0166 - Checking Account |
| **Taxpayer ID #:** | **-***3969 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 12/19/17 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 81,904.27
Less Payments to Debtor : 41,156.16
Net Estate : $40,748.11

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0166** | 81,904.27 | 40,748.11 | 0.00 |
| | $81,904.27 | $40,748.11 | $0.00 |

{} Asset reference(s)                                              Printed: 12/19/2017 10:07 AM    V.13.30